PEOPLE V HOLDER, No. 137486. The Clerk of the Court is directed to place this case on the April 2009 session calendar for argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). The parties shall submit supplemental briefs within 42 days of the date of this order addressing: (1) whether the judgment of sentence entered on March 22, 2007, was valid when imposed because defendant was not on parole at the time he committed the offenses in this case, despite the subsequent effort to cancel his parole discharge; and (2) whether the trial court lacked the authority to later modify the March 22, 2007, judgment of sentence. See MCR 6.429(A); *People v Miles*, 454 Mich 90, 96 (1997); and *People v Harris*, 482 Mich 986 (2008).

We further order the Genesee Circuit Court to appoint the State Appellate Defender Office to represent the defendant in this Court.

We invite the Attorney General to respond on behalf of the Department of Corrections to explain under what authority, if any, the department may proceed ex parte to seek the amendment of an otherwise final order. Court of Appeals No. 286100.

PEOPLE V KIRCHER, No. 137652. The Clerk of the Court is directed to place this case on the April 2009 session calendar for argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). The parties shall submit supplemental briefs within 28 days of the date of this order addressing whether the plain language of MCL 324.3115(4) requires a determinate sentence of five years for posing a substantial endangerment to the public health, safety, or welfare, or whether the inclusion of that statute in MCL 777.13c, listing those felonies to which the guidelines for minimum sentences apply, requires the imposition of an indeterminate sentence. The parties should not submit mere restatements of their application papers.

The Prosecuting Attorneys Association of Michigan and the Criminal Defense Attorneys of Michigan are invited to file briefs amicus curiae, to be filed no later than March 25, 2009. Other persons or groups interested in determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae, to be filed no later than March 25, 2009. Court of Appeals No. 275215.